482 Delaware Ave.
Buffalo, NY 14202
P: 716.805.3328
F: 716.462.5272

**Graham & Borgese, P.C.**
Serving Western New York

95 Allens Creek Road
Building 2, Suite B
Rochester, NY 14618
P: 585.563.4020
F: 585.485.1431

June 14, 2011

**Honorable Hugh B. Scott**
United States Magistrate Judge
414 United States Courthouse
68 Court Street
Buffalo, New York 14202
(716) 332-7860

**Re: McEwen v. Northstar Location Services, LLC**
  Civil Action No.: 1:11-cv-00097-WMS-HBS

Dear Judge,

I left two messages with your voicemail earlier today and wanted to follow up in writing to ensure that you received this notice. It appears that the parties have tentatively reached a settlement in this matter. As such, both parties believe that the Rule 16b Conference presently scheduled before Your Honor tomorrow at 2:30 p.m. is no longer necessary.

Both opposing counsel, Mr. John Gaughn, and myself, will look to get the terms of said settlement in writing within the next few days, and will thereafter promptly file a dismissal in this case once settlement proceeds have been paid.

We currently anticipate that this process should take no longer than three (3) weeks to accomplish. Please let me know if you have any questions or concerns and thank you for your time.

Sincerely,

Frank J. Borgese, Esq.
Graham Law, P.C.
Attorneys for Plaintiff
482 Delaware Ave.
Buffalo, New York 14202
fborgese@grahamlawpc.com

cc via e-mail:  John P. Gaughan
    Hiscock & Barclay, LLP
    1100 M&T Center
    3 Fountain Plaza
    Buffalo, NY 14203
    JGaughan@hblaw.com